*Matter of City of New York* v. *Mitchell*, 154 App. Div. 903, affirmed.
(Argued April 16, 1913; decided May 6, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 13, 1912, which affirmed an order of Special Term denying a motion to set aside certain executions and to cancel and strike from the records certain judgments. The principal question at issue was as to whether costs awarded in a proceeding to review assesments carry interest from the date the order is enrolled.

*Archibald R. Watson, Corporation Counsel* (*I. J. Beaudrias* of counsel), for appellant.

*J. Addison Young* and *William S. Beers* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.

---

In the Matter of the Transfer Tax upon the Estate of ROBERT SCOTT, Deceased.
THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; ROBERT A. SCOTT et al., Respondents.

*Matter of Scott,* 155 App. Div. 929, affirmed.
(Argued April 16, 1913; decided May 6, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 7, 1913, which affirmed an order of the New York

County Surrogate's Court assessing a transfer tax upon the estate of Robert Scott, deceased.

*Moses R. Ryttenberg* and *Thomas E. Rush* for appellant.

*Henry A. Miller* and *William P. Maloney* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.